PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Yokasta Calderon                                              Cr.: 07-00238-001

Name of Sentencing Judicial Officer: Alan S. Gold, USDJ, SD/FL

Date of Transfer to Jurisdiction: 03/19/07

Name of Assigned Judicial Officer: Susan D. Wigenton, USDJ

Date of Original Sentence: 02/07/03

Original Offense: Count One: Conspiracy to Import MDMA; Count Two: Importation of MDMA

Original Sentence: 46 months on each of Counts One and Two, to run concurrent; 3 years supervised release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 06/16/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit to drug treatment, on an intensive, outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant is to be confined to her residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The cost of electronic monitoring, specifically $3.18 per day, is waived.

PROB 12B - Page 2
Yokasta Calderon

## CAUSE

The offender has failed to participate in substance abuse treatment as directed. The offender has also failed to report to North East Life Skills, Passaic, New Jersey, for random urinalysis on the following dates: August 14, 2007; October 10, 2007; November 13, 2007; November 15, 2007. Moreover, an instant urinalysis administered on December 10, 2007, tested positive for cocaine. We await confirmation from the laboratory.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 12/11/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

December 14, 2007
Date